**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**DAMIEN FORD,**                                                                           **PLAINTIFF**
**ADC #143035**

**v.**                                          **Case No. 4:20-cv-00163 KGB-JTK**

**WENDY KELLEY,** *et al.*                                                      **DEFENDANTS**

## ORDER

Before the Court are Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 28).   Plaintiff Damien Ford filed an objection to the Proposed Findings and Recommendations (Dkt. No. 31).   After careful consideration of the Proposed Findings and Recommendations, Mr. Ford's objection, and a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (Dkt. No. 28).

Mr. Ford does not raise any new arguments in his objection and restates arguments he made in his response to defendants' motion for partial summary judgment.   The Court agrees with Judge Kearney's analysis that Mr. Ford failed to exhaust his administrative remedies with respect to his claim of failure to protect against defendant Chapman.

Accordingly, the Court grants defendants' motion for partial summary judgment (Dkt. No. 22) and dismisses Mr. Chapman as a defendant in this case.   The Court denies as moot Mr. Ford's motion to compel with respect to discovery sought from Mr. Chapman (Dkt. No. 19).

It is so ordered this 5th day of February, 2021.

Kristine G. Baker
United States District Judge