IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DAMIEN FORD,**
**ADC #143035**                                                                                                    **PLAINTIFF**

v.                              Case No. 4:20-cv-00163-KGB-JTK

**WENDY KELLEY, et al.**                                                                            **DEFENDANTS**

## ORDER

The Court has received the Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 79). Plaintiff Damien Ford filed objections and a statement of necessity (Dkt. Nos. 80, 81). After a review of the Proposed Findings and Recommendations, Mr. Ford's objections, and a *de novo* review of the record, the Court adopts the Proposed Findings and Recommendations in their entirety as this Court's findings in all respects.

Mr. Ford in his objections argues that Judge Kearney is lying and biased against Mr. Ford, asserts that certain video evidence had been altered, and restates other arguments he previously raised (Dkt. No. 80). The Court agrees with Judge Kearney's analysis that defendants are entitled to summary judgment.

Accordingly, the Court grants defendants' motion for summary judgment (Doc. No. 62) and dismisses Mr. Ford's complaint.

It is so ordered this 6th day of August, 2021.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge