IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DAMIEN FORD,**
**ADC #143035**                                                                                          **PLAINTIFF**

v.                              Case No. 4:20-cv-00163-KGB-JTK

**WENDY KELLEY, et al.**                                                                  **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Damien Ford's complaint is dismissed with prejudice.

It is so adjudged this 6th day of August, 2021.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge