IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DAMIEN FORD**                                                                                                              **PLAINTIFF**

v.                            Case No. 4:20-cv-00163 KGB

**WENDY KELLEY,** *et al.*                                                                                           **DEFENDANT**

**ORDER**

Before the Court is Robert R. Cortinez, Sr.'s application for withdrawal as attorney of record (Dkt. No. 123). Mr. Cortinez represents that he is 85 years old and has been in the process of retiring from the active practice of law for the past 18 months (*Id.*, ¶ 2). For good cause shown, the Court grants the motion. Pursuant to Rule 83.7 of the Local Rules of the United States District Court for the Eastern and Western Districts of Arkansas, the Court appoints Gregory T. Jones, Wright, Lindsey & Jennings LLP, 200 West Capitol Avenue, Suite 2300, Little Rock, Arkansas 72201, to represent plaintiff Damien Ford at trial.

The Clerk of the Court is directed to send Mr. Jones a copy of this Order and Local Rule 83.7. Counsel may access the file from CM/ECF. If counsel is unable to obtain a copy of the file from CM/ECF, he should contact Court staff at 501-604-5114 for a complete or partial copy of the file via thumb drive free of charge.

Mr. Jones has 21 days from the date of this Order to file a written application to withdraw for an approved reason; otherwise, the appointment will be effective. *See* Local Rule 83.7.

Mr. Cortinez is removed as counsel of record in this matter.

It is so ordered this 13th day of September, 2023.

Kristine G. Baker
United States District Judge